IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01569-REB-BNB

DAVID TEIGEN, and
TIMOTHY BENNETT,

Plaintiffs,

v.

NOLIN RENFROW, individually and in his official capacity,
MADLINE SABELL, individually,
JOE ORTIZ, individually and in his official capacity, and
JOHN DOES I through IV,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Consented Motion to Vacate Scheduling Conference** (the "Motion"), filed on October 19, 2005.

  IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for November 2, 2005, is VACATED, to be reset at a later time.

DATED:  October 20, 2005