IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01569-REB-BNB

DAVID TEIGEN, and
TIMOTHY BENNETT,

Plaintiffs,

v.

NOLIN RENFROW, individually and in his official capacity,
MADLINE SABELL, individually,
JOE ORTIZ, individually and in his official capacity, and
JOHN DOES I through IV,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendant Nolin Renfrow's Motion to Stay Discovery** (the "Motion"), filed October 17, 2005.  The Motion seeks a stay of discovery until Renfrow's motion to dismiss based on qualified and Eleventh Amendment immunity is decided, and relies on Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992), among other cases.  Counsel for the plaintiffs subsequently has filed a response indicating that the Motion is not opposed.  Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED, and discovery is STAYED pending a ruling by the district judge on the issues of qualified and Eleventh Amendment immunity.

IT IS FURTHER ORDERED that the plaintiff shall file a status report within 10 days of any ruling on Renfrow's motion to dismiss.

IT IS FURTHER ORDERED that the hearing on the Motion, set for November 10, 2005, at 10:30 a.m., is VACATED.

Dated November 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge