# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 05-cv-01569-REB-BNB

DAVID TEIGEN, and,
TIMOTHY BENNETT,

    Plaintiff,

v.

NOLIN RENFROW, individually and in his official capacity,
MADLINE SABELL, individually,
JOE ORTIZ, individually and in his official capacity, and
JOHN DOES I through IV,

    Defendants.

## MINUTE ORDER[1]

    Plaintiffs' Motion to Alter, Amend and Vacate Judgment [#56] and the Memorandum of Law in Support of Motion to Alter, Amend or Vacate Judgment [#57], both filed on April 21, 2006, are STRICKEN for failure to comply with this court's practice standard REB Civ. Practice Standard V.A.1.

Dated: April 24, 2006

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.